FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2024 JAN 10  A 8:56
TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. __4:24-cv-00025-DPM__

Jury Trial: ☐ Yes   ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Willie Harelton McDiarmid Jr.__
ADC # __65481I__

Address: __P O Box 970  Mariana, AR 72360__

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Harris__

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Savanna Cantrell__

Position: __Parole Officer__

Place of employment: __Covanant Recovery__

Address: __912 Section line  Malvern AR 72104__

Name of defendant: __Ms Margaret__

Position: __Director__

-4-

Place of employment: Covanant Recovery

Address: 912 section line Malvern Ar 72104

Name of defendant: J. Crawford

Position: inmate

Place of employment: D.I.M.

Address: 912 Section line Malvern Ar 72104

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *East ARK Regional Unit PO Box 970 Marianna, AR. 72360*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

*yes* serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_  No ___   *Copy attached*

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?   *Copy attached*

Yes ✓    No ____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attachments

1, a, b, c, d, e

2

3

Attachment 1a

Parole officer Savanna Cantrell meaningly and willingly put a target on me at Covant Recovery by pointing me out everywhere she saw me and told everyone I "weirded her out". I went to her and ask her to please stop but it got worst on her pointing me out, she went as far as saying "creepy" when reffering to me.

Then a guy looked up my name and saw my old charge. He hid my clothes. I went to Ms Cantrell and told her she smiled and said "well". I got more clothes and put them on my bed and a few guys in the room smiled. I started to go shower and facing my bed said I will fuck someone up over stealing my stuff I never called a name or pointed to anyone which is a legal comment. When I returned all my clothes were back. Nobody was in the room I was called to the Director's office Ms Margarett told me to move to room 5 I did then I was called back to her office for a call from Ms Cooper she said someone stated I threaten to stab them and kill them. I told her no mam'mam I never said that or anything to anyone person

b

I moved in the new room It was nice. everyone was friendly. Then about 2 days later I was told to get my stuff and move to room 7. I walked into the new room Ms Cantrell was in there I asked her why I was being moved she laughed and said so they could be "mean to me" and smiled Crawford started Blurting out about he "had a big finger and was going to put it in my butt". I said that was "Sexaul harassment". Ms Cantrell said Maby it's not I Very Sternly said "that's Sexaul harassment" again and started walking out of the room. I asked for a greivance twice she said "No" and told me to come back in there or she would remove me from the program, so I went back over to where she was. She said they were going to "help me". I asked how were they going to help me and she said you know "help me"

I moved my stuff in there. That morning about 2:30 am by the light on and Crawford working out he said he was told he could.

I went to Ms Cantrell about it. She told me to deal with it or be sent back. The next morning at 3 am I was woke up by music lights and him working out again. I just laid there until 6 am. After group I went to Ms Margarett

6

I tried to show her but she told me to stop. She told me to come back to her office. A few minutes later Crawford come in her office and told her I was drinking hand sanitizer. I took a drug test which proved that wasn't true. But he wasn't giving a drug test. Both of us should have been tested since both were being talked to. Everyone was test 2 days before, I was clean then too.

I was told I would be going for a job interview in a few days I went to Ms Margarett the director and Officer Cantrell and told them I needed my certifications printed off before I went. Well I went to them both 2 days before the interview Ms Cantrell got smart about it. My sister mailed them to me "over nite" mail. D.L.M. told me I for sure had a job on the spot.

When I got back I was called to Ms Contrell's office and while there she said "you like to bully people but don't like to get bullied". I ask her what she meant. She didn't say anything else. So she admitted she was having Crawford bully me with the lights, music and stuff during quite time. She sent me back to prison in retaliation and because of discrimination, or what. I was not treated fairly she was unbecaming of an officer by her actions toward me.

d

and ask her for a greivance she told me she probuly couldn't find one but even if she did wouldn't nobody sign it. That alone violated my Rights.
I went outside Ms Cantrell called officer Cooper and told her I was causing trouble and ms Cooper chewed me out on the phone. Ms Cantrell told me to come to her office with her. She called Crawford in there too. Then the phone rang it was Ms. Cooper she told Ms Cantrell she was wrong and could not change the program rules so Crawford could work out at that time Policy states from 10:30 pm until 6 am lights out and no talking in the sleep area. Ms Cantrell got very upset while tell Crawford he couldn't do that anymore. Mr Crawford jumped up faked back to hit me in front of Ms Cantrell she yelled 2 times for him to sit down.
"Thats an act of Violence"
I ask her about that she told me to shut-up. She told him Crawford he could leave the room, he did then a few minutes later come back in there and told her to come look at something. We went to the room, he pointed to the closet she opned it and there was a laundry bag full of snacks in there she pulled it out and asked me why I had that stuff. ON the side of the bag was a name tag on that tag was "Crawford" "not" my name

e

One morning I was going into the room I open the door the light was off but I could see movement at his bed because his bed was in front of the window Ms Cantrell was in the "Positition of" getting off his bed he was laying on it I closed the door and went outside.

Later he told me they were in a relationship. I didn't say anything.

I was laying in bed he stated to Dinkerfeld that he had forged Ms Cantrell's name on 2 forms I didn't act like I heard it

Crawford told me I would sleep on his scedule not mine. I sternly replied I don't think so

This is the truth I swear on it

I am asking for a Voice Stress analis as my main witness for this matter

X

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Copy attached_

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _23_ day of _Dec_, 20_23_.

_/s/ Will Noyng_

Signature(s) of plaintiff(s)

VIII  Relief
(out of court)
parole reinstated
Fines cleared
Drivers license Renewed
$1,500 per day from Nov 2 until my B.J.D.
no charges filed against them if they admit
guilt at this point or plead no contest nolo contendere

(trial)
$1.5 million awarded to me
him charged with sex crime (have to Reg)
Ms Cantrell charged with "Bullying" and prejury
Both Felony charges


12-27-23                              Willi M*****

                                     *********
                                     12-27-23

COWANDA T. GRAHAM
No. 12700532
ST FRANCIS COUNTY
Commission Expires 12-28-2026

Attachment 2

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __EARU__

Name __Willie McDiarmid__

ADC# __654811__  Brks # __7 46__  Job Assignment __DCR__

| FOR OFFICE USE ONLY |
|---|
| GRV. # __EA-23-0057__ |
| Date Received: __11-20-23__ |
| GRV. Code #: __400__ |

__11-14-23__ (Date) STEP ONE: Informal Resolution

__11-17-23__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __Problem not corrected. Disciplinary not dismissed.__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __No__ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

11-14-23 I was falsely accused of waiving my disciplinary court hearing by Judge Terrie Banister. The escorts came and picked us up to go to disciplinary court at approx 9:30 AM. Cpl Jones was in the control booth. I went to court - to the hall cage. I did not waive. I was then convicted without a hearing due to Judge Banister's false conclusion that I waived the hearing.

__Willie McDiarmid__                                __11-14-23__
Inmate Signature                                    Date

If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __11-16-23__ (date), and determined to be **Step One** and/or an **Emergency Grievance** __yes__ (Yes or No). This form was forwarded to medical or mental health? __no__ (Yes or No) If yes, name of the person in that department receiving this form: _____ Date _____

__Sgt M Lyle__   __85800__   __Sgt M Lyle__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: __Inmate returned to disciplinary court so his discovery was____

RECEIVED NOV 27 2023

Staff Signature & Date Returned __Sgt M Lyle 11-16-23__   Inmate Signature & Date Received __[signature] 11-16-23__

This form was received on __11-17-23__ (date) pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __[signature]__  Date: __11-17-23__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __11-17-23__
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

Attachment 3

RECEIVED
DEC 11 2023
ADMINISTRATOR
DISCIPLINARY HEARING

RECEIVED
NOV 28 2023
BY: _____

E-831 hu43

## Major Disciplinary Appeal Form

Inmate Name: Willie M Diarmid   ADC# 654811

Unit/Center: EARU   Punitive Isolation: ✓ Yes ___ No

Disciplinary (date) 11-8-23  by (charging officer) (not identified)

11-14-23 Date — Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date _____

11-30-23 Date — Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.   Appeal Rejected - Waived
**DHA's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _T. Rund_ Date 12/08/23

_____ Date — Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date _____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered:

The disciplinary was expired on 11-13-23. I did not waive the hearing. The escort(s) came to the bks and picked us up at 9:30 AM. I went and waited in the hall cage. This can be verified by Officer Jones — who was in the control booth. I was denied a fair and impartial hearing in violation of due process.

Inmate's Signature: Willie McDiarmid   Date: 11-14-23

Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.

The date of the incident was 11-8-23. The hearing date was 11-14-23. I was not allowed to attend or call COI Jones as witness. WMcD

Willie McDiarmid 65481
PO Box 970
Marianna, AR 72360



PRO Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, Arkansas 72201